## RICHARD R. RATCLIFFE *v.* HELEN E. RATCLIFFE
### (14386)

O'Connell, Spear and Hennessy, Js.

Submitted on briefs November 6—decision released December 5, 1995

*Eugene P. Falco* filed a brief for the appellant (defendant).

*Richard R. Ratcliffe*, pro se, the appellee (plaintiff), filed a brief.

PER CURIAM. The judgment is affirmed.